UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANUEL JAMES GONZALEZ,
as legal guardian of REG, a minor,

    Plaintiff,

v.                                                        Case No. 8:24-cv-2014-TPB-LSG

ROYSE SERVICES LLC d/b/a
LAVIDA VACATION,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Lindsey S. Griffin, United States Magistrate Judge, entered on July 11, 2025. (Doc. 18). Judge Griffin recommends that "Plaintiff, Manuel James Gonzelez's, as Legal Guardian of REG, a Minor, Motion for Entry of Default Judgment" (Docs. 15; 17) be granted. Specifically, she recommends that the Court enter default judgment against Defendant Royse Services, and that the Court find that Plaintiff is entitled to an award of attorney's fees and costs as the prevailing party. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the

magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Griffin's well-reasoned report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's motion for default judgment and entitlement to attorney's fees and costs is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 18) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff, Manuel James Gonzelez's, as Legal Guardian of REG, a Minor, Motion for Entry of Default Judgment" (Docs. 15; 17) is **GRANTED** as set forth in the report and recommendation.

(3) The Clerk is directed to enter final default judgment in favor of

Plaintiff Manuel James Gonzalez as legal guardian of R.E.G., a minor, and against Defendant Royse Services LLC d/b/a Lavida Vacations, for declaratory and injunctive relief. The judgment should include the following language:

> (a) Royse Services violated Title III of the Americans with Disabilities Act by failing to accommodate an individual with a disability traveling with a service animal at a place of public accommodation and by refusing to waive or not charge an additional fee or cost for having the service animal; and
>
> (b) Royse Services must maintain policies and procedures to comply with Title III of the ADA and must train employees and management about the need, upon request, to accommodate an individual with a qualifying disability, including by waiving any surcharge for a service animal and by permitting a disabled individual with a service animal on its property without the payment of a surcharge.

(4) Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

(5) Plaintiff is entitled to an award of attorney's fees and costs. Plaintiff is directed to file a supplemental motion as to the amount of attorney's fees and costs in accordance with Local Rule 7.01(c).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>31st</u> day of July, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE